1 **THE CHARLAND LAW FIRM**
2 3707 North 7th Street
   Suite 250
3 Phoenix, AZ 85014
   (602)944-7499

4 Name and State Bar No. John E. Charland, #012089

5 Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| STEPHANIE PETERSON and EVAN PETERSON, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTHCARE COLLECTIONS- I, LLC,<br><br>Defendant. | CASE NO. CV 15-00459-PHX-DLR<br><br>**NOTICE OF DISMISSAL** |

   NOTICE IS HEREBY GIVEN by plaintiffs in the above-entitled action that this matter is withdrawn and dismissed. The record herein will disclose the filing of a complaint on behalf of the plaintiff, but no answer or other responsive pleading filed on behalf of the defendant. This notice is given pursuant to the provisions of rule 41(a)(1), of the Federal Rules of Civil Procedure.

   DATED THIS 12th day of June, 2015.

                                THE CHARLAND LAW FIRM


                                   /S/ John E. Charland
                                John E. Charland, Esq.
                                3707 North Seventh Street
                                Suite 250
                                Phoenix, Arizona 85014


I hereby certify that on June 12, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

1  Copy of the foregoing mailed this
   12th day of June, 2015, to:
2
   Christian D. Lehr
3  HEALTHCARE COLLECTIONS- I, LLC
   2224 West Northern Avenue
4  Suite D100
   Phoenix, AZ 85021
5

6   /S/ John Charland
   no-dismissal.610
7